IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| Plaintiff, | * |
| v. | * |
| VEHICLE , *One (1) 2018 Audi, Model: Q7 Prestige, VIN: WA1VAAF74JD029812* | Case No. 5:21-cv-363-MTT |
| Defendant Property, | * |
| CELENA JAMES , | * |
| Claimant. | * |

## J U D G M E N T

Pursuant to this Court's Order dated October 18, 2023, and for the reasons stated therein, JUDGMENT is hereby entered as follows:

1. All right, title, and interest of Claimant in the Defendant Property, described as one (1) 2018 Audi, Model: Q7 Prestige, VIN: WA1VAAF74JD029812 is hereby forfeited to the United States.

2. All other right, title, and interest in the Defendant Property is hereby forfeited to and vested in the United States, which shall have clear title to this property and may warrant good title to any subsequent transferee.

3. The United States Attorney General or his authorized designee shall dispose of the Defendant Property in accordance with the law.

4. The United States Marshals Service ("USMS") shall liquidate the Defendant's Property and after payment of expenses of custody and sale incurred by the USMS, shall

release to Claimant through her counsel of record, C. Brian Jarrard, Esq., Jarrard Law Group, LLC, 4108 Arkwright Road, Suite 2, Macon, Georgia 31210, a total amount of seven thousand, seven hundred twenty-three dollars, and thirteen cents ($7,723.13), plus any additional principal and interest payments paid by Claimant to Nissan from September 8, 2023, through the date of the entry of a consent order of forfeiture and judgment, less any debt owed to the United States, any agency of the United States, or any other debt in which the United States is authorized to collect.

5. Pursuant to 28 U.S.C. § 2465, no parties shall be entitled to costs, including any costs under 28 U.S.C. § 2412, nor shall the person or persons who made the seizure of the Defendant Property, nor any attorney, agent, or employee of the United States, be liable to suit or judgment on account of the seizure of the Defendant Property or prosecution of the instant forfeiture action, there being reasonable cause shown for the seizure.

This 15th day of November, 2023.

David W. Bunt, Clerk

s/ Shabana Tariq, Deputy Clerk