IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**  Plaintiff, | : : : |
| v. | : : |
| **ONE (1) 2018 AUDI, MODEL: Q7 PRESTIGE, VIN: WA1VAAF74JD029812,**  Defendant Property, | : : : : |
| **CELENA JAMES**  Claimant. | : : : |

CASE NO. 5:21-CV-363 (MTT)

**ORDER VACATING THE JUDGMENT AND CONSENT ORDER OF FORFEITURE**

This matter having come before the Court on the United States and Claimant Celena James' Motion to Vacate the Judgment and Consent Order of Forfeiture as to the Defendant Property, in the above-entitled case, the Court finds good cause.

**THEREFORE, IT IS HEREBY ORDERED** that the Court's November 15, 2023, Judgment [Doc. 26], and Consent Order of Forfeiture [Doc. 25], dated October 18, 2023, are vacated as to the Defendant Property in the above-styled case.

**SO ORDERED**, this 23rd, day of May, 2024.

S/ Marc T. Treadwell
MARC T. TREADWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT