# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>      Plaintiff,<br><br>v.<br><br>ONE (1) 2018 AUDI, MODEL: Q7 PRESTIGE,<br>VIN: WA1VAAF74JD029812,<br>      Defendant Property,<br><br>CELENA JAMES<br>      Claimant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:    CASE NO. 5:21-CV-363 (MTT) |

## CONSENT ORDER OF FORFEITURE

The Parties have executed and presented to the Court an Amended Stipulation for Compromise Settlement and Release of Claims which is attached hereto and made a part of this Order, in which they agreed that the Defendant Property shall be forfeited to the Plaintiff, and upon forfeiture the Plaintiff shall make payment to Claimant Celena James ("Claimant"), through her counsel of record, C. Brian Jarrard, Esq., a total amount of seven thousand, seven hundred twenty-three dollars, and thirteen cents ($7,723.13), plus any additional principal and interest payments paid by Claimant to NMAC from September 8, 2023, through the date of the entry of a consent order of forfeiture and judgment, and through the date of final payment to Claimant by the United States Marshals Service, less any debt owed to the United States, any agency of the United States, or any other debt in which the United States is authorized to collect.

1

Accordingly, the Court hereby makes the following Findings of Fact and Conclusions of Law:[1]

1. The Court has jurisdiction of this matter pursuant to 28 U.S.C. §§ 1345 and 1355, and venue is proper pursuant to 28 U.S.C. § 1395.

2. The United States has furnished due and legal notice of these proceedings as required by law. All persons known to the United States to have a possible interest in the Defendant Property were sent actual notice of the Verified Complaint and Warrant for Arrest *In Rem* in this action.

3. Claimant filed a Claim and an Answer asserting an interest in the Defendant Property. No other claims, motions, or answers have been filed, and the time for filing claims and answers has expired.

4. There is sufficient evidence to warrant a conclusion, by a preponderance of evidence standard, that the Defendant Property claimed by Claimant is subject to forfeiture in accordance with 21 U.S.C. §§ 881(a)(6) and (a)(4).

5. There is evidence that Claimant may have an *ex post facto* interest in the Defendant Property as she continued to make payments to the lienholder Nissan Motor Acceptance Corporation ("NMAC").

THEREFORE, IT IS HEREBY ORDERED THAT:

1. All right, title, and interest of Claimant in the Defendant Property, described as one (1) 2018 Audi, Model: Q7 Prestige, VIN: WA1VAAF74JD029812 is hereby forfeited to the United States.

---

[1] The Parties' JOINT MOTION for Entry of a Consent Order (Doc. 32) is hereby **GRANTED**.

2. All other right, title, and interest in the Defendant Property is hereby forfeited to and vested in the United States, which shall have clear title to this property and may warrant good title to any subsequent transferee.

3. The United States Attorney General or his authorized designee shall dispose of the Defendant Property in accordance with the law.

4. After payment of any outstanding expenses of custody and sale incurred by the United States Marshals Service ("USMS"), the USMS shall release to Claimant through her counsel of record, C. Brian Jarrard, Esq., Jarrard Law Group, LLC, 4108 Arkwright Road, Suite 2, Macon, Georgia 31210, a total amount of seven thousand, seven hundred twenty-three dollars, and thirteen cents ($7,723.13), plus any additional principal and interest payments paid by Claimant to NMAC from September 8, 2023, through the date of the entry of a consent order of forfeiture and judgment, and through the date of final payment to Claimant by the USMS, less any debt owed to the United States, any agency of the United States, or any other debt in which the United States is authorized to collect.

5. Pursuant to 28 U.S.C. § 2465, no parties shall be entitled to costs, including any costs under 28 U.S.C. § 2412, nor shall the person or persons who made the seizure of the Defendant Property, nor any attorney, agent, or employee of the United States, be liable to suit or judgment on account of the seizure of the Defendant Property or prosecution of the instant forfeiture action, there being reasonable cause shown for the seizure.

SO ORDERED, this 29th, day of May, 2024.

        S/ Marc T. Treadwell
        MARC T. TREADWELL, CHIEF JUDGE
        UNITED STATES DISTRICT COURT
        MIDDLE DISTRICT OF GEORGIA

THE ENTRY OF THE FOREGOING ORDER IS CONSENTED TO BY:

PETER D. LEARY
UNITED STATES ATTORNEY

*/s/ Michael Patrick Morrill*

MICHAEL PATRICK MORRILL
Assistant United States Attorney
Georgia Bar Number: 545410
UNITED STATES ATTORNEY'S OFFICE
Middle District of Georgia

*/s/ Celena James*

CELENA JAMES
CLAIMANT

*/s/ C. Brian Jarrard*

C. BRIAN JARRARD, ESQ.
ATTORNEY FOR CLAIMANT
GEORGIA STATE BAR NO. 389497